Joshua M. EDMOND, Appellant,

v.

STATE of Missouri, Respondent.

WD 77849

Missouri Court of Appeals,
Western District.

ORDER FILED: JULY 21, 2015

Daniel Neal McPherson, Jefferson City,
MO, Counsel for Respondent.

Gary Eugene Brotherton, Columbia,
MO, Counsel for Appellant.

Before Division Three: Karen King
Mitchell, P.J., Lisa White Hardwick,
Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

Joshua M. Edmond appeals the denial of
his Amended Motion to Vacate, Set Aside
or Correct the Judgment or Sentence.
We affirm. Rule 84.16(b).